IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAMAO FU, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **8:10CV310** |
| v. | ) | |
| | ) | **ORDER** |
| **YEN CHI SUN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon notice of settlement given to the magistrate judge on April 7, 2011 by Leilani M. Harbeck, counsel for the defendant,

**IT IS ORDERED that:**

1. **On or before April 29, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The telephone planning conference scheduled for April 7, 2011, is cancelled upon the representation that this case is settled.

DATED this 7th day of April, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge